■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v BENJAMIN SAMUEL, Appellant. [639 NYS2d 725]

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's contention regarding the inadequacy of the court's adverse inference charge, imposed as a sanction against the prosecution for the destruction of the dagger partially displayed by the defendant during the commission of the crimes (*see, People v Kelly,* 62 NY2d 516; *People v Gibbs,* 207 AD2d 288, *affd* 85 NY2d 899; *People v Johnson,* 220 AD2d 454), is unpreserved for appellate review (*see, People v Williams,* 196 AD2d 904) and, in any event, without merit (*see, People v Martinez,* 71 NY2d 937).

Finally, the sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Miller, J. P., Hart, Friedmann and Florio, JJ., concur.